PER CURIAM.
Affirmed. See Knight v. State, 808 So.2d 210 (Fla. 2002); Betancourt v. State, 804 So.2d 313 (Fla. 2001); Dale v. State, 703 So.2d 1045 (Fla. 1997); Hughes v. State, 22 So.3d 132 (Fla. 2d DCA 2009); Johnson v. State, 973 So.2d 1192 (Fla. 2d DCA 2008); Brown v. State, 827 So.2d 1054 (Fla. 2d DCA 2002); Walls v. State, 730 So.2d 294 (Fla. 1st DCA 1999).
WALLACE, SALARIO, and BADALAMENTI, JJ., Concur.